**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIZ GARCIA-ORDONEZ,** on behalf of herself and all others similarly situated, <br><br> Plaintiff(s) <br><br> vs. <br><br> **VIKING CLIENT SERVICES, INC,** <br><br> Defendant. | Case No. 2:14-cv-08425-FMO-MRW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 5th day of December, 2014.

        By:    <u>s/Todd M. Friedman</u>
                Todd M. Friedman, Esq.
                Law Offices of Todd M. Friedman, P.C.
                Attorney for Plaintiff

Filed electronically on this 5th day of December, 2014, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 5th day of December, 2014, via the ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

And served via mail to:

Viking Client Services, Inc.
Business Filings Incorporated
555 Capitol Mall #1000
Sacramento, CA 95814


This 5th day of December 2014.
By: s/Todd M. Friedman
        Todd M. Friedman